IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 20 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

LORI TULLOS, Pro se
VIRGINIA MCFADDIN, Pro se

    Plaintiffs

v.

BRAD RAFFENSPERGER in his
official capacity, acting as the Georgia
Secretary of State

BRIAN KEMP, in his official
capacity, acting as the Governor of Georgia

    Defendants

Civil Action File No.
1:24-CV-04625-LMM

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 and O.C.G.A. 9-11-41 Plaintiffs hereby gives notice that the above styled action is voluntary dismissed. Defendants have not properly or timely served an answer or motion for summary judgment on Plaintiffs. Plaintiffs' notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a).

Respectfully submitted and dated November 18th, 2024.

Lori Tullos, pro se Petitioner
2011 Cedar Grove Road
Buckhead, Georgia 30625
ph: (256) 270-6336, email: f8d2b@yahoo.com

(Co-Plaintiff signature on following page)

Virginia S. McFaddin, pro se Petitioner  
110 Tuell Court  
Madison, GA 30650

*Virginia McFaddin*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
Civil Action No. 1:24-CV-4625

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 20 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## CERTIFICATE OF MAIL SERVICE

I do hereby certify that I have this day served the within and foregoing

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

via first class United States mail, with adequate postage and properly addressed as requested to:

Elizabeth T. Young
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334

Danna Yu
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334

This the 18th day of November, 2024

Lori Tullos, pro se Petitioner
2011 Cedar Grove Road
Buckhead, Georgia 30625
ph: (256) 270-6336, email: f8d2b@yahoo.com

Virginia S. McFaddin, pro se Petitioner
110 Tuell Court
Madison, GA 30650